IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: X Change of Plea**

USA vs    Samantha Jo Arwood                          DATE   02/08/10

Case No.   CR-2-09-74            Time   9:00 a.m.   To    9:25 a.m.
======================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Robert Reeves |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

======================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
| --- | --- |
| Samantha Jo Arwood | Tim Moore |

**PROCEEDINGS:**

✔ Defendant(s) Sworn

✔ Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/ ✔ reading waived

✔ Motion of deft to change plea

✔ Plea of Guilty to Count(s)  **1 & 3**   ✔ Accepted

✔ Plea Agreement filed

Counts   *remaining*   to be dismissed at time of sentencing

✔ PSI report requested

✔ Remanded to custody of USM

✔ Plea Agreement Taken Under Advisement

**SENTENCING DATE    July 12, 2010 @ 9:00 a.m.    Before Honorable J. Ronnie Greer**