*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE*

CRIMINAL MINUTES:   Sentencing

USA v  Samantha Jo Arwood                        Date: 7/12/2010

Case No.  2:09-cr-74 (1)       Time  10;00 a.m.              To   11:00 a.m.

Honorable J Ronnie Greer, U.S. District Judge, Presiding

|   Frances Mahery   |   Karen Bradley   |   D Wayne Taylor   |
|   Deputy Clerk     |   Court Reporter  |   Asst. U.S. Attorney |

===================================================================

   Samantha Jo Arwood                        Tim S Moore    (Public Defender)
   Defendant                                 Defendant's Attorney

**PROCEEDINGS:**

[✓] Witnesses/es Sworn  **Rosa Lingo witness for defendant**

[ ] Government motion for third point reduction for acceptance of responsibility
    [ ] granted   [ ] denied
[ ] Oral mot of government/defendant for downward departure to guidelines -
    [ ] granted   [ ] denied
[✓] Deft given opportunity to speak  [✓] accepts  [ ] declines

[✓] Court Pronounces Judgment

| COUNT | IMPRISONMENT | CONSECUTIVE/ CONCURRENT | PROB/SUP REL | FINE | ASSESSMENT | RESTITUTION |
|-------|--------------|-------------------------|--------------|------|------------|-------------|
| **1** | **51 months** | consecutive | 5 years conc | Waived | $100.00 | $500.00 int. waived |
| 3 | 84 months | consecutive | 5 years conc | Waived | $100.00 | |
| | | | | | | |

[✓] Counts dismissed  2
**CONDITIONS OF PROBATION AND/OR SUPERVISED RELEASE**
[✓] 13 standard conditions       [✓]No credit
[✓] no firearms or explosives
[✓] no illegal drugs
[✓] participate in a drug and/or alcohol abuse treatment program as directed by USPO and mental health treatment
[✓]Cooperate w/the collection of DNA as directed
**RECOMMENDATIONS:**
[✓] that defendant be given credit for time served,
[✓] that defendant be placed in a facility where he can receive treatment for [✓] drug/alcohol abuse  [✓] for mental health;
[✓] other  500 hours of substance abuse treatment ; vocational training
[ ] Released on present bond    [ ] Self Report   To begin serving sentence Hazelton, W VA or as close to Greeneville, TN as possible
[✓] Placed in custody of U.S. Marshal

Case 2:09-cr-00074-JRG-CRW   Document 28   Filed 07/12/10   Page 1 of 1   PageID #: 56