UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.: 2:09-CR-74 |
| ) | Judge Greer |
| SAMANTHA JO ARWOOD ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE UNITED STATES MARSHAL

OR ANY AUTHORIZED REPRESENTATIVE

THEREOF - GREETING:

    We command that you have the body of Samantha Jo Arwood, detained in the Greene County Jail, Greeneville, Tennessee, under your custody as it is said, under safe and secure conduct before the United States Magistrate Judge of our District Court within and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on the 28th day of July, 2009, at 9:00 a.m., there to be present for Initial Appearance or for her case to be otherwise disposed of upon said Indictment heretofore returned against her, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Jailer at the Greene County Jail, Greeneville, Tennessee, under safe and secure conduct, and have you then and there this writ.

    And as by order of said District Court it is directed, if said Jailer so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is hereby ordered and directed to receive the said

Samantha Jo Arwood into his custody and possession at said Greene County Jail and under safe and secure conduct to have her before the United States Magistrate Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return her to said Greene County Jail, Greeneville, Tennessee, under safe and secure conduct and redeliver her to the Jailer of the Greene County Jail, Greeneville, Tennessee.

WITNESS THE HONORABLE DENNIS H. INMAN, Magistrate Judge of the District Court of the United States for the Eastern District of Tennessee, at Greeneville, Tennessee, and the seal of said Court, this the 16th day of July, 2009.

PATRICIA L. MCNUTT, CLERK

By: B. Parton
Deputy Clerk

MARSHAL'S RETURN
I have partially executed the within Writcap by receiving the body of Sam Arwood on 07/28 2009 at Greene Co Jail and delivering to USMS EDTN on 07/28 2009.
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM

MARSHAL'S RETURN
I have partially executed the within _____ by receiving the body of Sam Arwood on 7/13 20 10 at _____ and delivering to _____ on _____ 20 _____.
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
BY _____ DUSM

← Greene Co didn't want her back. (released their hold)

2