# United States District Court
## Eastern District of Tennessee



| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| SAMANTHA JO ARWOOD | Case Number: 2:09-CR-74-001 |
| | Tim S. Moore |
| | Defendant's Attorney |

## THE DEFENDANT:

[✓] pleaded guilty to count(s): One and Three of the Indictment
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18U.S.C.2118(a)&(c)(1) | Robbery of a controlled substance from a drug enforcement administration registrant | 7/3/2009 | 1 |
| 18U.S.C.924(c)(1)(A)(ii) | Using and carrying and brandishing a firearm in relation to a crime of violence | 7/3/20009 | 3 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ] The defendant has been found not guilty on count(s) ___.

[✓] Count(s) Two of the Indictment  [✓] is  [ ] are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

7/13/2010
Date of Imposition of Judgment

Signature of Judicial Officer

J. RONNIE GREER, United States District Judge
Name & Title of Judicial Officer

7/19/10
Date

EDTN Judgment in a Criminal Case (Rev. 3/04)
Sheet 2 — Imprisonment

Judgment - Page 2 of 6

DEFENDANT: SAMANTHA JO ARWOOD
CASE NUMBER: 2:09-CR-74-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 135 months.

51 months on Count 1 and 84 months on count 3 to run consecutively for a net effective sentence of 135 months

[✓] The court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since 7/3/2009.
2. Designation to SFF Hazelton, W.VA, FCI Waseca at Waseca, MN, or as close to Greeneville, TN as possible.
3. 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.
4. All available educational and vocational training.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at __ [ ] a.m. [ ] p.m. on __.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on __.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 10-26-10 SFF Hazelton to Bruceton Mills WV

at SFF Hazelton, with a certified copy of this judgment.

Jerry O'Brien
UNITED STATES MARSHAL
Worden

By _____
DEPUTY UNITED STATES MARSHAL
CSO